*1224 ante, p. 1117;
*1225 No. 96-1144.
No. 96-1161.
No. 96-1217.
No. 96-1220.
No. 96-1247.
No. 96-1331.
No. 96-6580.
No. 96-6680.
No. 96-7040.
No. 96-7195.
No. 96-7205.
No. 96-7293.
No. 96-7334.
No. 96-7408.
No. 96-7538.
No. 96-7606.
No. 96-7656.
No. 96-7781.
No. 96-7788.
No. 96-7841.
ante, p. 1119;
ante, p. 1143;
ante, p. 1120;
ante, p. 1120;
ante, p. 1143;
ante, p. 1144;
519 U. S. 1120;
519 U. S. 1095;
519 U. S. 1125;
ante, p. 1145;
519 U. S. 1152;
ante, p. 1106;
ante, p. 1122;
ante, p. 1123;
ante, p. 1126;
ante, p. 1147;
ante, p. 1157;
ante, p. 1129;
ante, p. 1130; and
ante, p. 1148. Petitions for rehearing denied.